## 61242. GREGOROFF v. THE STATE.

CARLEY, Judge.

In *Gregoroff v. State,* 158 Ga. App. 363 (280 SE2d 373) (1981), this court affirmed appellant's conviction. On certiorari, the Supreme Court reversed the judgment of this court in *Gregoroff v. State,* 248 Ga. 667 (285 SE2d 537) (1982). Therefore the judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is reversed.

*Judgment reversed. Deen, P. J., and Banke, J., concur.*

DECIDED FEBRUARY 8, 1982.

*A. Lee Parks, Jr., Robert N. Meals,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Margaret V. Lines, Gordon Miller, H. Allen Moye, Assistant District Attorneys,* for appellee.

## 61673. ZIMMERMAN v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.

POPE, Judge.

This court having entered a judgment in the above-styled case at 159 Ga. App. 429 (283 SE2d 639) (1981) reversing the judgment of the trial court, and the judgment of this court having been reversed on certiorari by the Supreme Court in *Merrill Lynch, Pierce, Fenner & Smith v. Zimmerman,* 248 Ga. 580 (285 SE2d 181) (1981), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED FEBRUARY 8, 1982.

*Ira S. Zuckerman,* for appellant.

*Paul W. Stivers, John J. Almond, Phillip S. McKinney, C. B. Rogers,* for appellee.